# Court of Appeals
# of the State of Georgia

ATLANTA,  January 08, 2013

*The Court of Appeals hereby passes the following order:*

**A12A1774.  TIMOTHY CLAYTON DANIEL v. THE STATE.**

Timothy Clayton Daniel filed a direct appeal from the trial court's denial of his motion to dismiss/plea in bar based upon an alleged violation of his constitutional right to a speedy trial.  The Supreme Court of Georgia recently ruled, however, that such a claim is not directly appealable and that a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b). *Sosniak v. State*, ___ Ga. ___ (2) (Case No. S12A0799, decided November 19, 2012).  Daniel's appeal is therefore DISMISSED. See *Stevens v. State*, ___ Ga. ___ (Case No. S12A1795, decided November 27, 2012).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/08/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*